UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAHREEM PERRY,<br><br>       Plaintiff,<br><br>  -against-<br><br>STEVEN VEGA,<br><br>       Defendant. | 1:24-CV-1885 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  On June 11, 2024, Plaintiff filed a second amended complaint in another of his pending actions in this court, *Perry v. Vega*, 1:22-CV-5813 (JHR) (SN), in which he is pursuing his claims from this action with other claims. (*See* ECF 1:22-CV-5813, 59; *see also* ECF 1:22-CV-5813, 60 ("Plaintiff's Second Amended Complaint serves to consolidate this case with cases 24-CV-389 and 24-cv-1885. Accordingly, those cases will be dismissed by separate order, and all further litigation related to Plaintiff's October 2021 arrest will proceed under this case.")).

  The Court understands Plaintiff's filing of his second amended complaint in *Perry*, 1:22-CV-5813 (JHR) (SN), as a request to withdraw this action. The Court grants that request, and dismisses this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 25, 2024
         New York, New York

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge